# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1419
Lower Tribunal No. F93-14423
_____


**Ananias Westbrook,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Ananias Westbrook, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Ananias Westbrook appeals the trial court's "ORDER BARRING THE FILING OF FURTHER PLEADINGS" by the appellant in connection with trial court case number F93-14423. We affirm without further discussion.

**<u>ORDER TO SHOW CAUSE</u>**

Based on our own review of Westbrook's record of appeals and petitions regarding trial court case number F93-14423, we order Westbrook to show cause as to why he should not be prohibited from filing any further appeals, petitions, motions, or other papers without the assistance of counsel admitted to the practice of law in Florida. A search in Westlaw reveals that Westbrook has filed 21 appeals or petitions in connection with his conviction related to F93-14423, a conviction for which he was sentenced to life in prison for the commission of an armed robbery.

Our Court's records reveal the filing of 14 appeals or petitions, all of which have been decided against Westbrook. On October 15, 2014, Westbrook was warned by this Court in <u>Westbrook v. State</u>, 149 So. 3d 723, 723 (Fla. 3d DCA 2014), "that the issue in the instant appeal has been raised by him in prior motions filed with the trial court and in prior appeals filed with this court, and has been resolved on the merits adversely to Appellant." Westbrook was further warned that "[t]he filing of repetitive motions, and the prosecution of repetitive appeals, seeking to re-litigate claims which have

previously been resolved on the merits and affirmed on appeal constitutes an abuse of the judicial process and subjects a pro se party to sanctions." Id. at 723-24. The instant appeal is the fifth that has been filed by Westbrook in this Court after the subject warning in 2014.

Accordingly, within 30 days, Westbrook shall show cause why he should not be prohibited from filing any further motions, petition, appeals, or any other paper in this Court regarding F93-14423, unless the motion, petition, appeal or other paper is filed by an attorney admitted to the practice of law in Florida.

It is so ordered.